## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Adam Howe, do herby depose and state as follows:

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"). I have been employed as a SA of the FBI since June 2014. I am currently assigned to the FBI Boston Division, Violent Crime Task Force / Bank Robbery Task Force. From June 2014 to October 2014, I attended the FBI Academy at Quantico, Virginia. While at the academy, I conducted 100 hours of investigative training, 90 hours of legal training, and 33 hours of evidence preservation training. I conducted 121 hours of practical applications training, which combined tactical, investigative, legal, evidence preservation, and interviewing in various scenarios.

2. As a SA with the Violent Crimes Task Force, I have responded to and investigated several bank robberies. I have also received specialized training regarding investigative techniques, evidence collection, and evidence preservation.

3. I am aware that Title 18, United States Code, Section 2113(a) makes it a crime to use force and violence, or intimidation, to take, or attempt to take, from the person or presence of another, any property or money or any other thing of value belonging to, or in the care custody, control, management, or possession of, any federally insured bank. I am also aware that Title 18, United States Code, Section 2113(d) makes it a crime to commit such an offense described above by assaulting any person, or putting in jeopardy the life of any person by the use of a dangerous weapon or device.

4. I make this affidavit in support of a criminal complaint charging ANTHONY PANTONE ("PANTONE"), year of birth 1959, with the robbery of the Hingham Institution for Savings branch located at 80 Charles Street, Boston, Massachusetts on October 9, 2015, in violation of Title 18, United States Code, Sections 2113(a) and (d). Hingham Institution for Savings is a bank for purposes of Title 18, United States Code, Sections 2113(a) and (d), and on the date of this robbery it was insured by the Federal Deposit Insurance Corporation.

5. The statements contained in this affidavit are based on my own investigation and on information and observations provided to me by others with whom I have spoken. This affidavit is submitted for the limited purpose of establishing probable cause to believe PANTONE violated the above-referenced federal

statutes.  It therefore, does not contain all the information that I and other law enforcement personnel have obtained during the course of this investigation.

### HINGHAM INSTITUTION FOR SAVINGS October 9, 2015

6.   On Friday, October 9, 2015 at approximately 3:08 P.M., two individuals entered the Hingham Institution for Savings located at 80 Charles Street, Boston, Massachusetts.  Upon entering the bank, one individual (UNSUB1) vaulted the counter while the other individual (UNSUB2) stayed in front of the counter in the lobby area holding an item that appeared to a handgun.  UNSUB2 stayed in front of the counter throughout the entirety of the robbery.  UNSUB2 repeatedly said to UNSUB1, "Hurry up, let's go" and "Get the drawer".  At one point, UNSUB2 said to UNSUB1, "Time's up, we gotta go."  UNSUB2 appeared to be keeping time throughout the robbery.  UNSUB2 told the tellers not to look at them and repeated the command each time one of the teller's lifted his or her head.

7.   After taking money from a teller's cash drawer and from the vault, UNSUB1 left the teller area and both UNSUB1 and UNSUB2 left the bank together.  The two individuals then fled on foot, turning right on Charles Street upon exiting the bank, with $16,320.95 in United States Currency that they had stolen from the bank.

8.   On the date of the robbery, the bank was equipped with video surveillance cameras.  The surveillance system was operating at the time of the robbery and captured images of UNSUB1 and UNSUB2 inside the bank.  At the time of the robbery both UNSUB1 and UNSUB2 wore hooded sweatshirts but portions of their faces were visible and UNSUB2 was not wearing glasses. One of the tellers indicated UNSUB1 wore sunglasses during the robbery.

### IDENTIFICATION OF ANTHONY PANTONE

9.   After exiting the bank, a witness observed UNSUB1 and UNSUB2 getting into a vehicle parked on River Street.  Investigators later determined that the vehicle was registered to one of the robbers.  That vehicle remained parked.  The same witness then saw both UNSUB1 and UNSUB2 exiting the vehicle and get into a cab with medallion number 1270 in the vicinity of 84 Beacon Street.  Boston Police officers located the cab a short time later near the intersection of Walker Street and Main Street in Charlestown, Massachusetts and stopped it. Two white

males ultimately identified as PANTONE and Russell Dinovo were located in the back seat of the cab at the time it was stopped and they were arrested by the Boston Police Department. Officers found in the cab a duffel bag containing $16,320.95, including bait bills that were maintained by the bank at the time of the robbery, and an item that looked like a handgun.[1]

10. On that same date, investigators assembled a live line-up that included PANTONE on the sidewalk of Main Street in Charlestown. A victim teller from the bank viewed the line-up from the back seat of a government vehicle and identified PANTONE as one of the individuals who robbed the bank, specifically, the individual who held that item that appeared to be a handgun in the lobby area.

11. On that same date, investigators assembled a separate live line-up that included Dinovo on the sidewalk of Main Street in Charlestown. Another victim teller from the bank viewed the line-up from the back seat of a government vehicle and identified Dinovo as one of the individuals who robbed the bank, specifically, the one who jumped the counter and took the money from the bank.

12. I witnessed the live line-up that included PANTONE that occurred on October 9, 2015. I have also reviewed the photograph of PANTONE associated with PANTONE's driver's license and other known photographs of PANTONE. Based on seeing PANTONE in person and reviewing these photographs, I am familiar with PANTONE's appearance. I have also reviewed surveillance images of the robbery from the Hingham Institution for Savings. I believe that PANTONE is the robbery who was holding the item that appeared to be a handgun during the robbery (UNSUB2).

---

[1] It was later determined the gun was an air-soft fake gun.

## CONCLUSION

13.  Based on the foregoing, I submit there is probable cause to believe that, on or about October 9, 2015, ANTHONY PANTONE committed an armed robbery of the Hingham Institution for Savings, in violation of Title 18 U.S.C. Sections 2113(a)and (d).

_____
ADAM HOWE
Federal Bureau of Investigations
Special Agent



Sworn and subscribed to before me this 8th day of December, 2015.

_____
DONALD L. CABELL
U.S. MAGISTRATE JUDGE