UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *  Criminal Action No. 1:16-cr-10018-IT |
| ANTHONY PANTONE, | * |
| | * |
| Defendant. | * |

ORDER GRANTING MOTION FOR COMPASSIONATE RELEASE

November 18, 2020

TALWANI, D.J.

Defendant Anthony Pantone's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) [#51] requests that the court modify his sentence so that he may serve the remainder of his sentence on home confinement. Upon consideration of Defendant's motion, and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, the court finds that: Defendant's age and medical condition together, in light of the ongoing COVID-19 pandemic, constitute an extraordinary and compelling circumstance that warrant a reduction in his sentence; Defendant's release to home confinement will not pose a danger to the safety of any other person or the community; the reduction in sentence to allow Defendant to serve the balance of his sentence on home confinement is consistent with applicable policy statements issued by the Sentencing Commission; and the sentence as modified is sufficient but not greater than necessary to serve the purposes of sentencing set forth at 18 U.S.C. § 3553(a) where Defendant has been imprisoned for more than 60 months and has completed a 12 month drug treatment program during his period of incarceration.

Accordingly, Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) [#51] is GRANTED as follows:

1. Defendant's sentence of imprisonment is reduced to time served, and the court imposes an additional term of supervised release as a substitute for the unserved portion of the original 78 month sentence as set forth in paragraph 2. This order is stayed for fourteen days to allow for a period of quarantine prior to Defendant's release.

2. Under 18 U.S.C. § 3582(c)(1)(A), Defendant's five-year sentence of supervised release is increased by 10 months as a substitute for the unserved portion of the original sentence.

3. All previously imposed conditions of release, including special conditions, as set forth in the Judgment [#45], remain as previously imposed.

4. The court imposes the following additional conditions of release: (a) upon his release, for a period of ten months, Defendant shall be placed on home confinement, with electronic monitoring, subject to modification by the probation officer if needed for employment purposes or other activities approved in advance by probation; (b) Defendant shall pay for the costs of the program as determined under the national contract, and Defendant is responsible for returning the monitoring equipment in good condition and may be charged for replacement or repair of the equipment.

IT IS SO ORDERED.

Date: November 18, 2020                                          /s/ Indira Talwani
                                                                 United States District Judge